UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61557-CIV-SINGHAL

AARON DURALL and NEISHA ZAFFUTO,

    Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants Blue Cross and Blue Shield of Florida, Inc., Blue Cross Blue Shield Healthcare of Georgia, Inc., UnitedHealth Group Incorporated, Anthem Insurance Companies, Inc., and Aetna Life Insurance Company's (collectively, "Defendants") Expedited Motion to Exceed Page Limits for Defendants' Joint Motion to Dismiss in Response to Plaintiffs' Second Amended Complaint (the "Motion") (DE [131]).  Defendants request the following three changes relating to their response(s) to Plaintiffs' Second Amended Complaint: (i) leave to exceed the page limitation for their joint Federal Rule of Civil Procedure ("Rule") 12(b)(6) and 12(b)(1) motion to dismiss by up to thirty (30) additional pages, for a total page limit of fifty (50) pages; (ii) leave to file separate individual Rule 12(b)(2) motions of up to ten (10) pages; and (iii) enlargement of the time for Plaintiffs to file opposing briefs to the Rule 12(b) motions up to September 6, 2024, and enlargement of the time for Defendants to file replies in support of their Rule 12(b) motions up to September 24, 2024.  Plaintiffs do not oppose the requested 50-page limit for Defendants' joint motion to dismiss, provided that the briefing schedule is extended in line with Defendants' request.  Plaintiffs do oppose Defendants' Motion to the

extent they request leave to file individual Rule 12(b)(2) motions. The Court has reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Expedited Motion to Exceed Page Limits for Defendants' Joint Motion to Dismiss in Response to Plaintiffs' Second Amended Complaint (DE [131]) is **GRANTED IN PART AND DEFERRED IN PART**.

2. Defendants' request for leave to exceed the page limitation for their joint Rule 12(b)(6) and 12(b)(1) motion to dismiss is **GRANTED**. Defendants are permitted to file a joint Rule 12(b)(6) and 12(b)(1) motion to dismiss of up to fifty (50) pages total.

3. Defendants' request for an extension of the briefing schedule deadlines is **GRANTED**. Plaintiffs **SHALL** file their opposing brief(s) to the Rule 12(b) motions on or by **September 6, 2024**. Defendants **SHALL** file their reply brief(s) on or by **September 24, 2024.**

4. The Court **DEFERS** its decision on Defendants' request for leave to file individual Rule 12(b)(2) motions until Plaintiffs file a response to the Motion. Plaintiffs are **DIRECTED** to file a response to this Motion on or by **August 2, 2024**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of July 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF